**Motion Granted; Order filed April 14, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00054-CV
_____

**DAVID GREEN, ANNIE M. BRANCH A/K/A ANNIE GREEN, CHANDRA WARE D/B/A SAPPHIRE REALTY A/K/A SAPPHIRE REALTY HOUSTON AND D'ADREINNE M. TRUITT-SWEATT, Appellants**

**V.**

**TAMEIKA EVANS AND DAVID EVANS, INDIVIDUALLY AND AS NEXT FRIEND OF DAVION EVANS, A MINOR CHILD, TIMOTHY EVANS, A MINOR CHILD, UNIQUE EVANS, A MINOR CHILD, DAVID EVANS, II, A MINOR CHILD, AND TATIANA EVANS, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-26231**

---

## ORDER

On March 31, 2020, this court issued an opinion dismissing this appeal. On April 1, 2020, appellant filed a motion for rehearing. The motion is **GRANTED**.

This court's opinion filed March 31, 2020 is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

The appellant's brief is due **May 14, 2020**.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.